JAMES F. EGAN, as Administrator de Bonis Non of the Estate of TOBY BECKER, Appellant, *v.* THOMAS E. MURRAY, JR., as Receiver of the Interborough Rapid Transit Company, Respondent.

Argued January 22, 1940; decided March 5, 1940.

*Harry Kirshbaum* for appellant.

*W. D. Van Pelt* and *James L. Quackenbush* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, SEARS and LEWIS, JJ. LOUGHRAN, RIPPEY and CONWAY, JJ., dissent and vote to reinstate the verdict.